UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARLIN LEWIS MINOR, | ) |
| Plaintiff, | ) 18 C 0496 |
| vs. | ) Honorable Judge |
| | ) Charles R. Norgle |
| R. WILLIAMS, NEWWORLD EBOIGBE, MARTIN F. CAHILLANE, CHARITY NWARU, JOHN DOE #1, JANE DOE #2, and COOK COUNTY, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between the parties, Plaintiff GARLIN LEWIS MINOR, and Defendants Cook County, Newworld Eboigbe, Martin Cahillane, Charity Nwaru, and Ronica Williams, that the above captioned cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

Date this 03 day of 19 2020

By: _Garlin Lewis Minor_
GARLIN LEWIS MINOR
Plaintiff

By: _Raana V. Haidari w/consent_
Raana V. Haidari
Assistant State's Attorney
Attorney for Defendant